

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00036-CV

R & W EXCAVATING, INC., A UTAH CORPORATION; AND WILLIE JESSOP
v.
KENT RICHARDSON, ASSISTANT ATTORNEY GENERAL; AND ALLISON PALMER,
DISTRICT ATTORNEY FOR SCHLEICHER COUNTY, TEXAS

On Appeal from the
51st District Court of Schleicher County, Texas
Trial Cause No. 3260-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

December 13, 2018